AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ _____ **District of** _Alabama_ _____

|  |  |
|---|---|
| Plaintiff<br><br>V.<br><br>Defendant | **APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT**<br><br>CASE NUMBER: _2:07 cv 85 - WKW_ |

I, _Robert Allen_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.    Are you currently employed?    ☐ Yes    ☑ No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☐ Yes | ☑ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

showing all receipts, expenditures, and balances during the last six months in your institutional account. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes        ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes        ☐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

| 1|26|07 | *Robert allen* |
|---|---|
| Date | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

2:07 cv 85 - WKW

| | | Case Number |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2            Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | |

RECEIVED
2007 JAN 30  A 9: 38

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE _____ COURT OF _____, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: _____
                    **Plaintiff(s)**                    **Defendant(s)**

TYPE OF PROCEEDING: _____ CHARGE(S) (if applicable): _____

☑ **CIVIL CASE–** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE–** (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE–** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION–** I am financially unable to hire an attorney and request that the court appoint one for my child/me.

---

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name  Robert  Lee  Allen                            Date of birth 9/1/64
   Spouse's full name (if married) 1025 Louberry lane  prattville  Al  36067
   Complete home address _____

   Number of people living in household  2
   Home telephone number (334) 361-5408
   Occupation/Job  Scrap Iron          Length of employment  7 Months
   Driver's license number _____ *Social Security Number 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
   Employer  Self                    Employer's telephone number  Same
   Employer's address  Same As Above

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**                    As of Now

   Monthly Gross Income:
   | | | |
   |---|---|---|
   | Monthly Gross Income | $ | 0 |
   | Spouse's Monthly Gross Income (unless a marital offense) | | |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc. | | |
   | Contributions from Other People Living in Household | | |
   | Unemployment/Workmen's Compensation, | | |
   | Social Security, Retirements, etc. | | |
   | Other Income (be specific) _____ | | |

   **TOTAL MONTHLY GROSS INCOME**                    $    0

Monthly Expenses:
| | | |
|---|---|---|
| A. Living Expenses | | |
| Rent/Mortgage | $ | 0 |
| Total Utilities: Gas, Electricity, Water, etc. | | 0 |
| Food | | 0 |
| Clothing | | 0 |
| Health Care/Medical | | 0 |
| Insurance | | 0 |
| Car Payment(s)/Transportation Expenses | | 0 |
| Loan Payment(s) | | 0 |

*OPTIONAL

| Form C-10 Page 2 of 2 | Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s) _____
    Educational/Employment Expenses _____
    Other Expenses (*be specific*) _____
_____

    **Sub-Total**            **A** $ _____

B.  Child Support Payment(s)/Alimony    $ _____

    **Sub-Total**          $ _____  **B** $ _____

C.  Exceptional Expenses    $ _____

**TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**  $ ___0___

---

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**    $ ___0.00___

---

4.  **LIQUID ASSETS:**
    Cash on Hand/Bank (*or otherwise available such as stocks,
    bonds, certificates of deposit*)    $ _____
    Equity in Real Estate (value of property less what you owe) _____
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe) _____
    Other (*be specific*)
    Do you own anything else of value? ☐Yes ☐No
    (land, house, boat. TV. stereo. jewelry)
    If so, describe _____

    **TOTAL LIQUID ASSETS**    $ ___0___

---

5.  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

___26___ day of ___January___, 20 __07__

_____
Judge/Clerk/Notary

*Robert Allen*
Affiant's Signature

*Robert Lee Allen*
Print or Type Name

---

**ORDER OF COURT**

**SECTION II.**
  **IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
  ☐ Affiant is not indigent and request is DENIED.
  ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
    $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
    ordered and disbursed as follows: _____
  ☐ Affiant is indigent and request is GRANTED.
  ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Robert Allen                                    )
_____                           )
_____                           )
_____                           )
                                                )       2:07 cv 85 - WKW
**Plaintiff(s)**                                )
                                                )
v.                                              )
Lowndes County Sheriff Dept.                    )
MR. Willie Vaughner                             )
Capt Lairue Gresham                             )
_____                           )
                                                )
**Defendant(s)**                                )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Robert Allen _____

moves this Honorable Court for an order allowing her/him to proceed in this case without
prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached
sworn affidavit in support of the motion.

Robert Allen _____
**Plaintiff(s) signature**