**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT LEE ALLEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **V.** | )    Civil Action No. 2:07-cv-85-WKW |
| | ) |
| **SHERIFF WILLIE VAUGHNER, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Lowndes County, Alabama Sheriff Willie Vaughner and Captain Laura Gresham, the Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state the following:

    1.    The gathering of information with which to respond to the Plaintiff's allegations will take longer than the current deadline of March 12, 2007 for filing Defendants' Special Report and Answer, and additional time is needed in order that a full and complete response may be made;

    2.    The undersigned counsel for the Defendants has only recently received the above-referenced lawsuit; and

    3.    The Plaintiff will in no way be prejudiced by this extension of time.

WHEREFORE, Defendants request an extension of time of thirty (30) days in which to file their Special Report and Answer.

Respectfully submitted this the 12th day of March, 2007.

**s/Daryl L. Masters**
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants Sheriff Willie Vaughner
and Captain Laura Gresham
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Dr. (36117)
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

**s/Daryl L. Masters**
OF COUNSEL