IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN
  Plaintiff

V.                                    Civil Action No. 2:07-CV-85

SHERIFF WILLIE VAUGHNER
  Defendant

MOTION TO ASK THE COURT TO ALLOW THE PLAINTIFF TO ADD CRIMINAL AND NEGLIGENCE ACTIVITY TO THE COMPLAINT AND A JURY TRIAL MENTAL AND ANGUISH DAMAGE, PUNITIVE AND CRUEL AND UNJUST TREATMENT

1.) To sum it up the Sheriff is in Charge of All Parties.

2.) The Sheriff Duties Requires him (or her) to Hire, Fire And uphold the law in the County of lowndes.

3.) The Sheriff Hire's All Deputy's, And personell that work At the Lowndes County Detention Center.

4.) The Sheriff other duties include the purchasing of Kitchen Equipment that is necessary to feed the Inmates.

Time 4:00pm     Date   3-11-2007   Robert Allen
                                    Robert Allen
                                    Autauga Metro Jail
                                    136 N. Court Street
                                    Prattville Al, 36067-3002

## CERTIFICATE OF SERVICE

I Plaintiff, Robert Lee Allen has sent A Copy of the foregoing Motion to the Clerk To file, And Stamp with her Seal And Make Copies, And Send Me A copy Back to Autauga County Jail. I By Mailing a copy of the same In the United States Mail properly Addressed And with Sufficient Postage Prepaid, this the 11th day of March 2007.

                                    Robert Lee Allen
            Date   3-11-2007   Robert Allen
            Time   4:00 pm

Robert Allen
126 N. Court Street
PRAttville, Al 36067-3002

Legal Mail

MONTGOMERY AL 361
12 MAR 2007 PM 2 L

MARCH IS
KIDNEY MONTH
GIVE TO THE NATI[ONAL]
KIDNEY FOUN[DATION]

Office of the Clerk, DebRA Hackett
United States District Court
P.O. Box 711
Montgomery Al, 36101-0711

36101+0711