# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
Plaintiff,

V.

Civil Action No. 2:07-CV-85

CAPTAIN LAIRUE GRESHAM,
Defendant

## MOTION TO ASK THE COURT TO Allow THE PlAINTIFF TO ADD Criminal AND NEGLIGENCE ACTIVITY TO THE COMPLAINT And A JURY TRIAL MENTAL AND ANGUISH DAMAGE PUNITIVE AND CRUEL AND UNJUST TREATMENT

1.) THE Captain, duties is to MAKe sure All DINNER SeRving TRAYS is Clean.

2.) To Check every day And Make sure All food is served Hot.

3.) To Also Make sure that Any And All Cooking And Eating Utensils ARE properly Sanitized And Clean.

4) The Captain duties is to MAKE SURE that the Lieutenant, SeRGeants And Regular C.Os Do their Jobs in a proffessional MANNER AND by the Guide lines of the Jail Code And Rules Every day.

5.) The Captain duties Also includes Choosing Inmate worker's to work in the kitchen thats in Good HealtH with No Contagious Disease's.

6.) And other duties of the Captain is to Make Sure All Nurse's whether LPN OR RN is License to work in their chosen line of work.

7.) And Also to Make Sure No Unlicense person's DistRibute NARCotic-Medication And Mental Medication to ANY INMAtes.

8.) The Captain Duties Also included MAKing sure the Kitchen Stewards have And use the proper Food cart to serve Food to Any Inmates.

9.) And To INSpect Food Serving Cart Daily to Make sure it is clean And Food Trays not stacked in a way that the bottom of Another Food tray is sitting inSide Someone else's Food.

10.) And to Also to Make sure their is no Stagnated, Black dirty water that came from Old Used Baking Pans that was Rinse off the night before And not dried. Because they sit our Food TRAYs on them.

11.) The other duties include the purchasing of All Cleaning Supplies And making sure they are used in the Detention facility.

12.) To Sum it up the Captain Duties is to over see All day to day operation in the Detention Facility.

Robert Allen

Time 3:00 pm          Date    3-01-2007

13,)

Robert Allen
Autauga Metro Jail
136 N. Court Street
PRAttville Al 36067-3002

Robert Lee all
Date    3-11-2007
Time    3:00 pm

## CERTIFICATE OF SERVICE

I. Plaintiff Robert Lee Allen, has sent A
Copy of the Foregoing Motion to the Clerk
To file, And Stamp with her seal And Make
Copies And send Me A Copy Back to Autauga
County jail. I By Mailing a copy of the same
IN the UNITED States MAIl properly addressed
and with Sufficient Postage prepaid, this the
11th day of MARCH 2007.

Date:    3-11-2007        Robert Allen
Time:    3:00 pm          Robert Allen

And Tell the judge "what I wrote And put down certificate of Service
And I just follow the Direction of the order And put down certificate of service wrote

10:00 Am
3-11-2007

To: The Clerk, MRS, Debra Hackett,

My name is Robert L. Allen   case # 2:07-CV-90
The ORDER that I Recieved from the
Court does not have the defendants
names on the order. Can you upgrade
the Order And Send me Another Copy
Thank you.

And I Also sent you Another Complaint
2-06-07  And have not recieved A Response
back can you Send me please A copy
of All my complaints in my file because
As you Already know I have no way of
Making copies And I don't have Any Money
to pay please help me MRS, Hackett. I
Thourghly Appreciate what ever you can do for
me  MR. Ralph Lingo Say's Hello Also
I Am doing the Best I can in this matter
Please help me by Stamping with your Seal And
Sending me A Copy of staments, complaints, And
of order thats missing names of Defendant's
MRS. HAckett I put "Certificate of Service"
on these Motion Because the order Stated to
do So or they will not be filed. Can you Make
Sure the defendants get their   Robert allen
Copies I Am under unusual   3-11-2007
Circumstances   10: Am

RECEIVED

2007 MAR 13 A 9: 15

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear MRS, Hackett,

I wrote Certificate of service
on both my motion Because
the order for plaintiff says I must
write it on All my pleadings And
Motions that I send you. And if it
do not Bear the Certificate of service
it will not be filed.

What I Am trying to say is I AM
Broke And have no money, And I don't
have No way of Getting Any thing copied
for me much less trying to do the
Best I can with All the Reasoning
Skills I have so please Help me.

I Thank you IN ADVance
For Your Help!

Robert all

Date        3-11-2007
Time        4:10 pm

And Tell the Judge About my situation
If Necessary