IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN                 *

    Plaintiff,                         *

    v.                                 *       2:07-CV-85-WKW

LOWNDES COUNTY SHERIFF           *
DEPT., *et al.*,
                                 *
    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's pleadings filed March 13, 2007, construed as motions for leave to file a motion to amend complaint, and for good cause, it is

ORDERED that the motions (Doc. Nos. 9, 10) be and are hereby GRANTED.

Upon consideration of Plaintiff's motions to amend, wherein he asserts additional facts and allegations in support of his complaint, it is

ORDERED that the motions to amend be and are hereby GRANTED. Defendants shall file an answer and written report to the complaint, as amended, on or before April 11, 2007 in accordance with the directives contained in the court's January 31, 2007 order of procedure.

Done, this 14th day of March 2007.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE