UNITED States District Court MIDDlE District OF Alabama NoRtHERN Division

Robert Lee Allen,
  PIAINtiFF,

V.                              Case NO. 2:07-cv-85-WKW

SHERiff Willie VaughNeR, et al.,
  Defendants.

<u>Motion FoR SeRvice By U.S. MAil Service, To Send To Defendant's Attorney Office With A Certificate of SERvice Attached TO All INteRoggatories Documents</u>

1.) Plaintiff has NO ONE to serve these documents for Him, I will send them by U.S. MAIL.

2.) PlAINtiff has been permitted to proceed IN foRMA pauPRIS IN this case.
Whefore, PlAINtiff Moves to have his enclosed discovery documents served by the U.S. Mail Service to Defendant's Attorney IN the same Manner that plaintiff serves the courts or files his documents with the Courts.

3.) Wherefore; PlAintiff prays that this Honorable Court Grant PlAintiff's Motion in this Matter

Respectfully Submitted!

## Certificate of Service

I Certify that a Copy of the foregoing has been served upon, defendant's Attorney Daryl L Masters, by placing same in the U.S. Mail, postage prepaid, on this the 2nd day of ~~March~~ 2007. April

Robert Allen
136 N. Court Street
Prattville Al, 36067-3002

prose  Robert Allen
Robert Allen