UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Robert Lee Allen,
Plaintiff,

V.                           Civil No. 2:07-CV-85-WKW

Sheriff Willie Vaughner, et al.,
Defendants,

PLAINTIFF'S INTERROGATORIES AND JOINT REQUEST FOR PRODUCTION OF DOCUMENTS UNDER Rule 45 (A)(B), Federal Rules of Civil Procedure

Directed to: SHERIFF Willie Vaughner, et al.,

Captain Laura. GRESHAM
By And Through THEIR Attorney
Daryl L Masters    (MAS018)
P.O. Box 240909
Montgomery Al, 36124

To Be Served by the U.S. Mail Service
To Defendants Attorney Daryl L. Masters

Wherefore; PLAINTIFF Prays that this Honorable Court Grant PLAINTIFF's Motion in this Matter

Respectfully Submitted.

CERtificatE OF SERVice

I Certify that a Copy of the foregoing has been Served upon, defendant's Attorney Daryl L Masters by placing same in the U.S. MAIl, postage prepaid, on this the 2nd day of ~~MARCH~~ 2007. APRil

Robert Allen
136 N. Court Street
PRAttville Al, 36067-3002

PROSE
prose   Robert allen
           Robert Allen