IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN　　　　　　*

　　Plaintiff,　　　　　　　　*

　　v.　　　　　　　　　　　　*　　　2:07-CV-85-WKW

LOWNDES COUNTY SHERIFF　　　 *
DEPT., *et al.*,
　　　　　　　　　　　　　　　*
　　Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2. Defendants are GRANTED an extension from April 11, 2007 to May 2, 2007 to file their answer and written report.

Done, this 5th day of April 2007.


　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE