IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN              *

    Plaintiff,              *

    v.                     *     2:07-CV-85-WKW

LOWNDES COUNTY SHERIFF        *
DEPT., *et al.*,
                              *
    Defendants.

_____

**ORDER ON MOTION**

Plaintiff has filed a request that he be allowed to serve Defendants' counsel with copies of pleadings via the United States Postal Service. Plaintiff contends that he has no one available to serve his documents on counsel.

Plaintiff is advised that the court imposes no burden on him to serve pleadings on counsel of record by and/or through an individual. Service of pleadings on both the court and counsel of record through the U.S. mail system is sufficient.

Accordingly, it is

ORDERED that Plaintiff's Motion to Serve Pleadings on Counsel of Record through the United States Postal System (Doc. No. 15), be and is hereby GRANTED.

Done, this 5th day of April 2007.

                                         /s/ Wallace Capel, Jr.
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE