IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-85-WKW |
| | )          [wo] |
| LOWNDES COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Magistrate Judge filed a Recommendation (Doc. # 3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1. The Recommendation is ADOPTED;

2. Plaintiff's claims against the Lowndes County Sheriff's Department are DISMISSED with prejudice prior to service of process pursuant to the 28 U.S.C. § 1915(e)(2)(B)(I);

3. The Lowndes County Sheriff's Department is DISMISSED as a party to this complaint; and

4. This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this 6th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE