IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT LEE ALLEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 2:07-cv-90-ID-WC |
| | ) |
| **WILLIE VAUGHNER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Lowndes County, Alabama Sheriff Willie Vaughner, Lowndes County, Alabama Jail Administrator Laura Gresham, Lieutenant Jeanette Cottrell, Sergeant Lakesha Lawson Bolling, and Investigator Lenny Lee, the Defendants in the above-styled cause, and move this honorable Court for an additional extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state the following:

1. Defense counsel is in need of additional time to review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this one day extension.

WHEREFORE, Defendants request this Court grant them an extension of time of one day in which to file their Special Report and Answer, up to and including May 4, 2007.

Respectfully submitted this the 2nd day of May, 2007.

s/Daryl L. Masters
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Dr. (36117)
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **2nd day of May, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

                              **s/Daryl L. Masters**
                              OF COUNSEL