**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT LEE ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Civil Action No. 2:07-cv-85-WKW-WC** |
| | ) | |
| **SHERIFF WILLIE VAUGHNER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**_CORRECTED_ MOTION FOR ADDITIONAL EXTENSION
OF TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW Lowndes County, Alabama Sheriff Willie Vaughner and Captain Laura Gresham, the Defendants in the above-styled cause, and move this honorable Court for an additional extension of time in which to file their Special Report and Answer.  As reasons for so moving, these Defendants state the following:

1.    Defense counsel is in need of additional time to review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2.    The Plaintiff will not be prejudiced by this two day extension.

WHEREFORE, Defendants request this Court grant them an extension of time of two days in which to file their Special Report and Answer, up to and including May 4, 2007.

Respectfully submitted this the 2nd day of May, 2007.

> **s/Daryl L. Masters**
> DARYL L. MASTERS, Bar No. MAS018
> Attorney for Defendants Sheriff Willie Vaughner
> and Captain Laura Gresham
> WEBB & ELEY, P.C.
> Post Office Box 240909
> 7475 Halcyon Pointe Dr. (36117)
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rrobertson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **2nd day of May, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

> **s/Daryl L. Masters**
> OF COUNSEL