IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-85-WKW |
| MR. WILLIE VAUGHNER., *et al*., | * | |
| Defendants. | * | |

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, as corrected, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time, as corrected, (Doc. Nos. 20, 21) is GRANTED; and

2. Defendants are GRANTED an extension from May 2, 2007 to May 4, 2007 to file their answer and written report.

Done, this 3rd day of May 2007.

                                                  /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE