Case 2:07-cv-00085-WKW-WC   Document 27   Filed 06/11/2007   Page 1 of 4

RECEIVED
JUN 11 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR The
Middle District of Alabama Northern Division

ROBERT Lee Allen,
    Plaintiff,
V                               Case Action No. 2:07-CV-90-ID
                                              2:07-CV-85-WKW
Willie VAUGHNER, et al.,
    Defendants,

__MOTION FOR EXTENSION OF TIME AN FOR__
__MOTION FOR Appointment of Counsel__

COMES NOW, Robert Lee Allen, pro se, And does present before this Court, this his Motion for Appointment of Counsel, in the Above Numbered cause, and would show this Honorable Court the following:

1.) That Plaintiff has No knowledge of the Law, and is At the Mercy of the Courts, and the Judicial System.

2.) That Plaintiff, has trouble Comprehending the Requirements, and Understanding the legalities of Dealing with the Court Systems.

page 1 of 3

3.) That Plaintiff is not Able to Afford Counsel (see Motion to proceed in Forma Pauperis filed in this Court).

4.) The issues involved in this Cause will Require investigation which the Petitioner cannot do while confined in Jail.

5.) The Autauga County Jail does not have A Law Library, And has denied plaintiff access to copy Any legal documents.

6.) That Plaintiff has submitted numerous Request Forms to the Autauga County Jail And Also the Autauga County Sheriff's Department to get his Affidavits Notarize. Robert Allen, plaintiff, has specified in his Request forms that he has A deadline to meet in the Courts. But has not gotten no Response back from Any of those Request Forms.

7.) That Plaintiff, Robert Allen, Legal Mail is being open up without his presence of being there, And is being held inside the Autauga Jail several days open up before being Delivered to Robert Allen,

8.) Plaintiff, Legal Mail is NEVER hardley Delivered on time.

9.) Plaintiff has Several Legal Documents but no way to make Copies to send to the Courts.

10.) The Plaintiff presents these cases for Review by the Court to help in determining that Appointment of Counsel is Necessary to progress this cause.

11.) The Autauga County Jail Does not have A Notary publix but the Sheriff's Department does (see ~~Exhibit "●"~~) ~~Attached~~.

## Certificate of Service

I DO hereby Certify that a copy of the foregoing has been served upon the Defendants Attorney Darryl L. Masters by placing same in the United States Mail, postage prepaid, on this the 1st day of June 2007.

Robert Allen
136 N. Court St
Prattville AL, 36067-3002

PRO se Robert Allen

RLA    page 3 of 3

Robert Allen
Autauga County Jail
136. N Court St
Prattville, Al 36067-3002

INMATE MAIL
AUTAUGA METRO JAIL

United States District Court
Office of the Clerk
Mrs. Debra Hackett
P.O. Box 711
Montgomery, Al 36101-0711

LEGAL DOCUMENTS
INSIDE