RECEIVED
JUN 11 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert Lee Allen,
    Plaintiff,

V

Willie Vaughner, et al.,
    Defendants,

Case Action No. 2:07-CV-90-ID
No. 2:07-CV-85-WKW

### Request For Courts Permission To Begin Discovery

COMES NOW, the Plaintiff, Robert Lee Allen, PRO SE, in the Above Styled Cause And would Respectfully Request this Honorable Court's permission to Begin filing his Discovery paper work, so that he may try to prove his case through the Discovery Process which should Be Allowed, To Prove his case in the Courts.

Plaintiff, does not wish to file any paper work Aforehand, if it will not be Answered by the Defendants in this case.

WHEREFORE Plaintiff, Respectfully prays that this Honorable Court inform the Plaintiff whether he may proceed with his Discovery Request upon the Defendants.

6-7-2007

Respectfully submitted
PRO se Robert Allen

Return address:
Robert Allen
Autauga County Jail
136 N Court St
Prattville, Al 36067-3002

INMATE MAIL
AUTAUGA METRO JAIL

United States District Court
Office of the Clerk
Mrs. Debra Hackett
P.O. Box 711
Montgomery, Al 36101-0711

LEGAL DOCUMENTS INSIDE