IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDIE DISTRICT OF AIABAMA NORTHERN DIVISION

Robert Lee AIIEN,
     PIAINtiff,

V.

                         Civil Action NO. 2:07-CV-90-ID
                                NO. 2:07-CV-85-WKW

SHERIff Willie VAUGHNER, et al.,
          Defendants,

PIAINtiff's ResponE AND ANSWER To the
DefeNdaNt's REPORt TO the MAGIStRAtE AND AIso
Defendant's ANSWER And AffiRMAtive Defense

COMES NOW, The PIAINtiff, Robert Lee AIIEN,
PRO·SE, and Respectfully files this his Response,
to the Defendant's Report.

The PIAINtiff, would State to this HONORABIE COURT
that MR. willie VAUGHNER, et al., And Defendants has
asseRteRed NUMEROUS Defenses, Some of which
do Not Apply IN this Cause.

# 1. INTRODUCTION

The Defendants, has made Numerous Accusation About the Plaintiff, Robert Lee Allen, in their Special Report and Answer.

Robert Allen, will show this Honorable Court these Allegations Are without Merits And thus inadmissible to this cause.

Robert Allen, the Plaintiff, will Demonstrate the Stony Contours to the Honorable Courts For All intent And Purpose's Aren't Forgery, And False Statements Contributory to Criminal Activity. SGt. Lakesha Bolling Did Not Sign her Affidavit because she did Not want to participate in A frame up Based on Rigged Evidence. I don't want to have to Demonstrate that in Court, But I want this Honorable Court to look into this Matter And Decide For themselves. Based on the Evidence that you will see with your own eyes. (see Exhibit "A" "B" "C" "D" "E" "F" )

Before the Plaintiff proceed, He wish to Make this Statement. We All Know Cops Are Great And Glorious And Everyone Knows that, And Everyone wants to Support the Police. UNFORTUNATELY, However, COPS Are HUMAN, And HUMANS MAKE MISTAKES.

Like the Sheriff Willie Vaughner, And Co-Defendants, Did on (1-22-2007) January 22, 2007. that Mourning they Violated Robert Allen, Constitutional Rights. This Honorable Court Already Know Untrue Statements are Always More Complex to Convey than the truth. I know that the Honorable Court Beliefs, is that the truth will Always be clear and Simple, And despite these Allegedcharge on Robert Allen his story will Not change.

What Willie Vaughner And Co-Defendants should have done then was to say Oh My God we made a Mistake, NO a whole Series of Mistakes out of Anger the Defendants Violated the police Department's own Rules of engagement - Inv. Lenny Lee Drew And Activated A Taser Gun without Cause And pointed At plaintiff Head And Neck Regions From the beginning to the End of this incident, But instead we decide to Abuse our power And Authority on A Defenseless pre-trial Detainee that has been Lockup in Lowndes County Jail For (6) Six Months without ever going to Court or Not Knowing he had An Attorney For (6) Six Months (see Exhibit "F" Read Letter Dated May 15, 2007, Lines No. 7 ) The Defendants Lockdown Robert Allen For No Reason For over A week 1-22-2007 thru 1-30-2007.

The Defendants should have told the Court the truth. But the Defendants did not want to tell the truth. They feared the Sanctions that the Law provides for Mistakes of this Magnitude, so they Acted in Concert, And made their final Mistake's they made up untrue Statements, You did not Read the truth in their Affidavits And special Report. But Read Falsefying Documents, And self serving untrue words, the plaintiff, will show And establish beyond A Reasonable Doubt that the Defendants Are Acting in Concert. These Facts in the Exhibits are ~~Entro~~ Incontrovertible And at some point the Defendants Decided to lockdown And Deprive the plaintiff of his Rights due to him, And for no Reason except to exert their power And Authority And to Search and read the plaintiff Legal Mail And Legal Documents he was going to send to the Honorable Court. Robert Allen the Plaintiff was writing and submitting Grievance Forms And informing the Jail Staff of A possible Civil Suit. The Defendants did not Release the plaintiff From Lockdown in (2) two days As Stated in the Special Report. When the Court GRANT Robert Allen Motion to Do Interroggatories He will Show this Honorable Court the whole truth Far and Beyond this Court Expectation.

page 4 of 25

Now let Me Confess something if the Defendants
Would have Came Forward And stated we Violated OUR
OAth and ouR Department Rules And Abuse the Authority
thats ENtrusted to us. But they did not do that, they did
not do the decent And HonoRable thing, they did not emulate
the BRave MEN BeFore them But INstead they came beFore
You ArRogant, with their uNtrue statements. They sought
Not Expiation OR Healing but <u>Qualified IMMUNity</u>,
<u>SoveReign IMMUNity</u>.

<u>A. PlAintiff's RESPONSE TO The DeFendANts Allegation AND DeFense</u>
  The Defendants FurtheR Claims Qualified IMMUNity,
And the plaintiff Respectfully ReQuest that this
HONoRABle CouRt thus Deny's this ReQuest Also, due to
the Defendants Should have beeN Able to Exercise Reasonable
Judgement IN what is just and proper under the Circumstan-
ces,

  The Defendants further ReQuest that this HonoRAble
CourT Allow him to plead and use the Defense oF SoveReign
IMMUNity, IN Response to this Claim, the plain tiff States
that he has Not Sued the GoverMent OR A STAte, AGency,
he has thus Sued a INdividuals acting undeR the
ColoR of State Law and IN his INdividual Capacity,
and thus he should Not be Allowed to plead this IMMUNity.

The Defendants, goes on Further to ReQuest Qualified Immunity. And the plaintiff Respectfully ReQuests that this Honorable Court thus Deny's this ReQuest Also, due to, the Defendants should have Not have Change A Doctor's written Endorse prescription with Medication prescribe to make plaintiff Medical Condition Better And for denying plaintiff Medical Treatment. ( See Exhibit "A" "B") thats Attached

The Defendants further goes on to plead and state that they did Not violate Any of the plaintiff's Constitutional Rights, to which the plaintiff still asserts that they did, and shows such by the Accompanying Documents From the Clerks office And the Defendant's Special Report as Evidence.

The Defendants asserts that all the Actions that they under took were Reasonable, legitimate, justified and legal under the Circumstances, Yet, the plaintiff asserts that this is Not true at all, There is Nothing legal About having A Taser Gun Activated And pointed At Your Head And Neck Region without cause OR Reason but out of Anger.

I want you to Ask yourself why didn't the Defendants provide the Court with A work ORDER As Evidence to back up their Allegation that the plaintiff Damage state property, Because it did not happen

The Defendant further pleads that there is a lack of causation between the plaintiff's Allegations And that plaintiff did not submit Any written Grievances forms ON his Instant Complaint, the Defendants has Not proven this issue. The Plaintiff would state that there is a causation between the plaintiffs Allegations and the Defendants Actions, Something happen, (I want the Court to look and see for themselves, What the Defendants Care About ReQuest/And Grievance Forms submitted to their Jail Staff). (See Exhibit "A" ) Attached. (Grievance Forms submitted, is what cause Defendants to do What they did to Robert Allen )

The Defendants further goes on to state, that there is No policy OR Custom proximately, which violated the Plaintiff's Constitutional Rights IN this Cause, Yet how can the Defendants Claim this issue ?

The PLAINtiff states that the policy itself did not violate the plaintiff's Rights, yet, it was the Actions that were undertaken by the Defendants which in turn Violated the plaintiff's Rights.

The PLAINtiff admits that No policy or Custom as the Moving force as the Defendant's claims behind the Alleged Violations, but, that it was the Actions of the Defendants which Violated the plaintiff's RightS.

The Defendants further States that the PlAINtiff's Complaint fails to State a Claim for which Relief CaN be Granted, and the plaintiff denies this Allegation as well There are Numerous grounds on which this Honorable Court CaN GRANt and State that the Defendants Violated his Constitutional Rights.

The PlAINtiff would State that the fact that the PlAINtiff has A pending Charge against him have absolutely nothing at all to do with this HoNorAble Court, and that the Notification of such to this HoNorAble Court is used solely to try and influence the Negativity towards the plaintiff.

The Plaintiff States that when he was Release Into the Custody of Autauga County on the 10th day of October 2006. to Attend Court on October 12, 2006 the Charge pending was DISMISS And Robert Allen was then Returned back to the Custody of Lowndes County on October 12, 2006.
(See Exhibit "C" Incident Reports Look At Arrest Dates And Look At INMate ReQuest Form Exhibit "E" )
Not In January, 2007 As stated in the "Introduction" In the Defendant Special Report. ( Exhibit "G" Envelopes Dated 10-17-2006 And 12-26-2006 )

If the HONORABLE Court would look at and Read the "INTRODUCTION" on Case No. 2:07-CV-90-ID And case No. 2:07-CV-85-WKW where it Reads Plaintiff, Robert Allen, was Arrested for Receiving Stolen Property In the first Degree that statement is Not true. (See Exhibit "C" Arrest Warrant ) where it States Robert Allen was charge with Theft of Property 1st

I want the HONORABLE Court to look at and Read the CONSOLIDATED Appearance Bond. Submitted by the Lowndes County Sheriff's Department I want you to look at how Distorted And Dark it is And how All the Rest of the Copies Submitted by the Lowndes County Sheriff's, are Readable And Not Distorted. Their is a Reason for this and I am going to Show this HONORABLE Court (See Exhibit "D" )

First of All Lets Start At the top Right hand
Corner where the Case Number should be written.
As you can see their is <u>No</u> case Number. I Also want
you to see how they copied this Consolidated Appearance
Bond. The whole top line where it states Consolidated
Appearance Bond is missing. I want you to Ask yourself
why would you submit A Copied Document without Revealing
its Entirety in A cause such as this.
( See Exhibit "D"               )

Now Read what the Bond says Robert Allen is
Charge with it States ReC. Stolen Property 1st
<u>Not True</u> . ( See Exhibits "C" "D"          )

Now I want the Honorable Court to look at the
Sheriff's And Captain Signatures Now I want you to
Look Real Good, And long at these Signatures. Now I
want you to keep this Consolidated Appearance Bond in
Your hand while you Match these Signatures with the
Attached (Exhibits "E" "D" ___          ) I want you to look
At this Exhibits of the True Signatures of both the
Sheriff And the Captain's. Robert Allen knew that in
Autauga County Jail that their would be someone planted

At the jail to watch the plaintiff's Action And Progress, which is understandable And that is the MAIN Reason Robert Allen told fellow INMATES IN his Jail pod About the signatures being sign by the same person I want the Court to look at the "G" IN the Captains Name Now look straight Above At the "H" IN the Sheriff's NAME it looks All most perfect would'nt you say so I planted information by way of telling cellmates About the Signatures, so that the Defendants would Show the Court of how far they would go to Cover up their Trail, And as you can See None of their failed Attemps come even close to Matching up with the Consolidated Bond, As A Matter of Fact everyone of their failed Attemps Do Not look the same (see Exhibits "D" And "E" )

Now I want you to Look At the Consolidated Appearance Bond that the plaintiff Received FROM the Circuit Clerk office Ruby Jones of Lowndes County, I want the HONORABLE Court to Look at the top Right hand Corner where it says case Number what do you see Now, you see A case Number, what do you see A case Number, DC-06-578 (See Exhibits "F" "D" "E" )

page 11 of 25

PlAINtiff, States Now this Consolidated Bond
has the Right case NUMBER NOW and the wrong
Charge of Receiving Stolen Property 1st And
(Alleged) Forged signatures
 (See Exhibits "C" "D" "E" "F" "G"

The plaintiff wants the HoNoRABle Court to Know that
After Robert Allen, sign this Bond He was Transported
to Montgomery, Al by A Lowndes County Deputy Sheriff And
Transfered over to A Autauga County Deputy Sheriff who
Executed AN Arrest warrant IN Montgomery County
without First having Contacting Anyone IN MONtgomery
County Robert Allen, has written the Courts IN Montgomery
And they say they have no knowledge of My Arrest taken
place IN Montgomery County. At Any given time the plaintiff
Received Notarize Response's From Montgomery About
this Matter

Robert Allen was told he was going home After he sign
 the Consolidated Bond But After PlAINtiff sign he was
 Hand cuff And TRANSported to Montgomery county,

The Plaintiff States that he submitted several Grievance's

page 12 of 25

it was know through out the jail, officer Jeanette Cottrell was the Jail Staff officer to whom you (gave) or submitted your Request or Grievance Forms to Because very Rarely do you even see A Jail staff officer during their shift at the Lowndes County Detention facility.

Robert Lee Allen, goes on to further State that he has Never ever Received Any Response's back from Any of the Numerous Grievance's Forms that he has given to officer Jeanette Cottrell, (see Exhibits "A" )

2.) Robert Allen, the plaintiff, will state to the Honorable Court that he is Aware, and Knows that An Inmate Must file a grievance within (72) hours of the Incident.

   And that the Investigating staff has (5) Five working days to investigate and Return a written decision to the Inmate.

   Robert Allen, would further state that he submitted Grievance Forms on All of his Instant Complaints. The procedure in which he followed was the Jail procedure it is not Robert Allen's fault that the Jail Staff does'nt even bother to sign Any Request or Grievances Forms, And don't turn them in to the Jail Administrator
   (see Exhibit "A"

Robert Lee Allen, States that he knows that All GRIEVANCES FORMS shall State the time, date, and NAMES of Any persons INVOLVED. The Staff MEMBER ON Duty At the time, and pertinent details of the incident, including the name of Any witnesses.

I want the HONORABLE COURT to Know that Robert Allen has not Abuse the Grievance process to harass the Jail Staff IN No Shape or form, Robert Allen only submitted Grievance's forms to the jail Staff when he knew that his Rights and Abridgement of prisoner privileges OR A Criminal Act done intentionally without Merit (See Exhibit "A"    )

Robert lee Allen, Submitted A GRIEVANCE FORM ON the Same day that he was put IN Lockdown ON <u>1-22-2007,</u> Robert Allen, Also Added to this Another Grievance FORM ON this same day About the day before when All the INMATES was served spoiled Rice And Meat patties And had to throw it All Away, And was not Replaced By Any MORE food, we had to go to bed <u>Hungry</u> on <u>1-21-2007.</u>

The kitchen STAFF served spoiled potatoe salad ON NOVEMBER, 29, 2006. submitted A Grievance Form Also ON DECEMBER 25, 2006, ON Christmas Day the kitchen Staff served <u>Spoiled</u> Chicken Leg Quarters Robert Allen, Submitted ReQuest Grievance Forms ON these incidents as well with No Response.

Robert Allen, wants, And still States to the Honorable Court that he is telling the truth, And wants the trial by jury to Decide on the Evidence thats produce And the Facts.

Robert Allen, Repeatedly Ask on 1-22-2007 why he was being put in lockdown but Receive no Answer but was force to pack his belonging's while INV, Lenny Lee had A Taser Gun pointed At his face And Neck Region, And upper chest Area from the very beginning to the end, Activated

Robert Allen, plaintiff, would like the HONORABle Court to look at ( Exhibit "A" ) All of these ReQuest/Grievance Forms that the Defendants Entered as Evidence if you would take A closer look at these Documents you will see a number of things that are not Right And Cast " Reasonable Doubt " in the minds of the HONORABle Court. And it should, I Ask the Court to Absorb And process, what they just Read. Now Robert Allen, will Explain, But first Robert Allen wants the HONORABle Court to Know he UNDERStands that false Statements Are punishable And is AGAiNst the Law.

I wont you to look At how the Jail StAff At Lowndes County, DON'T even bother to sign, Any of their ReQuest Grievance Forms Submitted by Robert Allen the plaintiff

(Go to Exhibit "A" And Match up ReQuest Forms to the Dates Listed Below 1- thru 8    )

1.) Look At ReQuest Form Dated 8-10-06, B·K-2 Robert Allen Complain About being hit in the eye After being Arrested, as you can see NO body sign this Complaint, About My injured eye. Robert Allen Did not Receive No Medical Treatment No Action taken by the Jail staff or NURSE.

2.) 8-18-06, on this day Robert Allen has severe HeadAches No body sign, ReQuest Form No Action Taken

3.) 9-6-2006, They did not bother to sign, No Action was taken Look At how long Robert Allen has been unAble to use the bathroom, My stomach Felt like A Brick inside

4.) 9-7-2006, ReQuest Form, As you Can see Robert Allen does in fact Submit ReQuest/And Grievances Forms Jail StAff did not sign Yet Another Complaint

5.) 9-8-2006, Robert Allen was bitten (2) two times by A Spider of some type, I Receive No Medical Treatment Jail StAff did not Sign  page 16 of 25

6.) 9-12-2006, Jail Staff did not bother to sign
<u>No Action</u> taken I want the Honorable Court to Read
this Request Form, Look At Robert Allen's Medical problem's
Robert Allen Suffered And had to Rely on Jail house Remedies
to Recover, And endure the pain that Came with his Ailaments
Robert Allen still have Medical discomfort From not having
A Doctor's Attention And being Denied Medical Treatment.

7.) <u>9-14-2006</u>, ON this day Robert Allen, submitted (2) <u>two</u>
<u>Grievance Form's For being Denied Medical Treatment</u>
And for the Captain not Getting All of his <u>prescription</u>
that the Doctor prescribe For Robert Allen to take to treat
his Medical Condition that Arose while his incarceration inside
the Jail in Lowndes County, Al I want the Court to look At
(Exhibit "B") Prescription For Robert Allen, Look where it Reads
Somebody wrote in ("<u>do not Fill</u>") ON A Doctors written
Prescription Looks to me Somebody is trying to play Doctor.
Look at the Next page do you see Everything the Doctor prescribe
in his prescription For Robert Allen, the plaintiff, <u>NO</u> you Don't
Somebody At the Lowndes County jail is playing Doctor.

8.) <u>9-19-2006</u>, Now Read, It States, I would like to speak
with the Chief URGENT! No Action was taken
Robert Allen, Denied Medical Treatment And Aceess
to Relief, (see Exhibit "G" page.3 )

Robert Allen, the plaintiff, states that he submitted Request Forms to the Autauga Jail staff on Several occasion Address to, MRS. Peggy the Autauga County Sheriff's secretary to be hand delivered Asking that her present was Needed to Notarize AN Affidavit to send to the Courts. Robert Allen Never Received ANY Response back. I State to the HONORABle Court Robert Allen did his part, And Also this jail doesn't have A Notary publix ( see Exhibit "E" INMate Request

The Defendants states that its their policy not to interfere with the Medical judgement oF Nurses, paramedics, or Doctors It goes on to State No, Member oF the Jail staff is Allowed to make Any type oF Medical decisions for the INMates. When ~~orderds~~ ORDERS Regarding A particular INMate are given Concerning Medical treatment, prescriptions, or other procedures, Such orders are followed by Members oF the Jail staff. ( see EXHibit "G" then "B" Read page 3,~~of 2t~~ top paragraph oF Exhibit "G" ) Now I want you to see how this Decision the Captoin made Affected the plaintiff, Robert Allen ( see Exhibit "A" Read Request forms Dated 9/6/06 thru 9/19/06 Read All of them ) Robert Allen the plaintiff suffered At the jail. ( Read the Top paragraph of page.3 ) oF Exhihibit "G" )

Defendant, Lenny Lee States that on 1-22-2007 that INV. Lenny Lee, SGt. L. Taylor and officer J. Cottrell escorted the plaintiff, Robert Allen to cell B-K 3. I want the Honorable Court to Notice that these Statements was Made under Oath And in the present of A Notary publix with her seal stamp on this Document Dated 2-9-2007. (See Exhibit "G" Read Interview sheet, Read page .5 it states something different it states, officer Lee, Lieutenant Jeanetta Cottrell and Sergeant Lakisha Bolling Escorted the plaintiff, Robert Allen to B-K 3. I want the Honorable Court to Know that the Affidavits of Lee, Cottrell, And Bolling states the same story As this Document Number .5 But on the Fresh sworn Statement of INV Lenny Lee it states that it was SGt. L. Taylor, Not SGt. Lakisha Bolling that was present in A Fresh sworn Notarize stamp Statement. Now do we detect the Defendants Acting in concert. You decide!

As A Result From what the plaintiff had to endure during his time incarcerated At Lowndes County Jail, the plaintiff, Robert Allen has to take the prescribe Medication Doxepin And is presently under A Doctor's care taking this Medicine

At the Autauga Metro County Jail.

Robert Allen suffered spider bites (see Exhibit "A")
At Lowndes County Jail.

## CONCLUSION

The Plaintiff, Respectfully Request that this
Honorable Court take jurisdiction in this cause
And GRANT IN the plaintiff Favor, And Ask the
Court to keep in mind that the plaintiff does not
hold A Degree in Law And he is doing the Best that
he can to Demonstrate the truth to the Honorable Court,
And provide Documents to back up the truth and facts
in this cause the plaintiff, Beleives that he has shown this
Honorable Court Beyond Any Reasonable Doubt For this cause
to proceed in Both of his Instant Complaints case No.
2:07-cv-90-ID, 2:07-cv-85-WKW, the plaintiff States
that both Instant Complaints are written up the same way
And that he doesn't have the Means to do both so the
plaintiff At this time Request this Honorable Court
to Honor this Request, The Court Already Know that
the plaintiff has trouble getting copies Made to
submit to the Court

The plaintiff, has show the HoNoRABle Court
that he was not INCARCeRated IN the Autauga County
Jail FROM October 10, 2006 thru January, 2007 (see Exhibit
"C" "E") AS the DeFendant Special Report has Stated
IN Both oF these Civil case's, case No 2:07-CV-90-ID
And case No, 2:07-CV-85-WKW, both oF these case's
State that the plaintiff was Arrested ON 8-8-2006,
FoR Receiving Stolen property 1st Degree this
Allegation is uNtrue (see Exhibit "C" "F" letter
Dated MAY 15, 2007 Read No, 6, 11, 21)
The plaintiff, submitted several INMAte ReQuest FoRMS
At the Autauga County Jail, And At the Autauga County
SheRiff's DepartMent but NeVeR Received NO Response's
back ON getting his Affidavit Notarize (see Exhibit "E")
the plaintiff, goes oN to State the Jail Staff At Lowndes
County Detention CenteR, Don't even botheR to sigN hardly
Any Grievance / ReQuest FoRMS submitted to them
And NoR Do they take Any Action on these ReQuest
GRievance FoRM submitted to them (see Exhibit "A"
"B") they even (change) AN AlteR A DoctoR's prescription
when he prescribe Medication to AN INMAte, Read
the woRDS "DO NO Fill" But the Defendants state
IN theiR Special Report that the Jail StAFF

Do No Interfere with Any Medical Treatment or Decision (see Exhibit "A" B" G" Read page . 3 of 2:07-cv-90-ID) it is stated in Case No. 2:07-cv-85-WKW the same thing.

The plaintiff, goes on to state when he was Transfered to Autauga County Jail to Attend Court on October 12, 2006, the case was dimiss And he was Returned back to Lowndes County Jail, ( see Exhibit "C" Noting Arrest Dates, And Exhibit "E" Autauga Inmate Request Form Dated 5-10-2007, Read Disposition) Now I want the Honorable Court to Retrieve (Exhibit "E" the Captain's And the Sheriff's signatures, these signatures is From the Lowndes County Detention Center, Rule Book the Rule Book that are given to All Inmates At the Lowndes County Jail Some time during your incarceration, Now I want the Honorable Court to keep these signatures in your hand. And Match these signatures to Exhibit "D" Documents, the Consolidated Appearance Bond, And All of the Affidavits signature's, that has the Sheriff's Willie Vaughner, And Captain Laura Gresham Names written on them, And check the signatures on Case No. 2:07- cv-85 – WKW

page 22 of 25

to see how they Match up to (Exhibit "E")
And I want you to Ask yourself Do Any of
these signatures look the same I think not
As A matter of Fact If you look closer you
will see that Not ONE OF these signatures
Look A Like NOT EVEN CIOSE Now what
Does this tell this HONORABLE COURT.
Something Not Right here this Same Consolidated
Appearance Bond the plaintiff was told to sign And
He would be Released to go home until his Court
Date But After the plaintiff, Robert Allen, Sign
He was Handcuffed And TRANSported to MONtgomery
County where An Autauga County Deputy Sheriff
was waiting to Execute An ARRest warrant's on
Robert Allen, the two Deputies EXChange Handcuff's
And the plaintiff, Robert Allen was TRANSported to
Autauga County Jail, His Rights was Not Read to him.
I Also want this HONORABLE COURT to know that the
Lowndes County Clerk Office has Amended this
Same Consolidated Appearance Bond with A case
Number of DC-06-578, Now I want you to (see
Exhibit "E" Look At the letter Dated MAY 15, 2007
Now Read NumbeR, 18, Now turn the page And look,

page 23 of 25

( Also Look At Affidavit of Substantial Hardship)
Look At the top Right hand CORNER where it
States case NUMBER, Now what do you see A case
Number has been Added to this same Bond that I
was Releas ON AN later  Re-later  Re-ARRested
About (20) twenty minutes later After being told to
sign And would be Release to go home,
Now I ASK this HONORABLE Court to take this All
IN And DO what you got to DO. Now I ASK the
HONORABLE court to (Look At Exhibit "G" Notarize
STAtement FROM INV. Lenny lee Dated 2-9-2007
It states that SGt. L TAYLOR And officer J. Cottrell,
And Himself, INV. Lenny Lee escorted the plaintiff,
Robert Allen to B-K-3 This is A FResh statement.
And Notarize by A Notary publix Stephanie JoNes
COMMISSION Expires: 11-3-2010,  Now look At Exhibit
"G"  At page NO. 5 oF 2:07-cv-90-ID And Redd where
it Now States that officer (lenny) Lee, Lieutenant
Jeanetta Cottrell And seRGeant Lakisha Bolling
escorted the plaintiff, Robert Allen to B-K-3 this same
Statement is on Lee, Cottrell, And Bolling Affidavits.
Now we have two different seRGeant's escorting  the
plaintiff to B-K-3 I want you to Decide I've done my part
NONE OF the DeFendant's AfFidavits have A Notary
STAMP ON them AND SGt. Bolling Did not sign her
Affidavit, (see Exhibit "D")
                    Page 24 oF 25

## MOTION FOR SUMMARY JUDGMENT

PlAINtiff Respectfully ReQuest that this HONORABle Court treat plaintiff's Response And Answer to DeFendant's special Report As A MOtioN FoR summary Judgment, And grant ~~him~~ unto him the same, OR proceed With this Cause take jurisdiction IN this MAtteR. Based on the Evidence provided to the HoNORABle CouRt.

## CERtIFICAtE OF SERVICE

I Do hereby Certify that A Copy oF the foregoing has been Served upoN the Defendant's Attorney Daryl L MAStER's, by placing Same IN the UNited States MAil, Postage prepaid, oN this the 7th day oF JuNe 2007.

Robert Allen
AutaugA county Jail          PROSE    Robert allen
136 N CouRt St                                Robert Allen
prattville Al, 36067,3002     6-7-2007
                              page 25 - oF 25

INMATE MAIL
AUTAUGA METRO JAIL

Robert Allen
Autauga County Jail
136. N Court St
Prattville, Al 36067-3002

United States District Court
Office of the Clerk
Mrs. Debra Hackett
P.O. Box 711
Montgomery, Al 36101-0711

Legal Documents
Inside

EXHIBIT "A"

INMATE ReQuest / GRIEVANCES
FORMS Dated  8/10/06 And 8/18/06
9/06/06, 9/07/06, 9/8/06, 9/12/06, 9/14/06
9/19/06

LOWNDES COUNTY DETENTION FACILITY
INMATE REQUEST FORM

Note: Please print all information.

Name: Robert Allen                    Cell: BK 2

Date: 8 / 10 / 06                     Time:

SSN: 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   DOB: 9/1/64        Race/Sex: B / M

Please check one of the following:

___ Appeal of Grievance/Disciplinary        ___ Court Date Information

___ Bond Information                        ✓ Medical Information

___ Charges Information                     ___ Classification Information

___ Commissary / Money Clerk Information    ___ Visitation Information

___ Request To Visit Law Library

Briefly State Your Request Then Give To Jail Officer

I Got Hit in the eye After being Arrested
And i can't see nothing but shawdows out of it
its been 3 days Ago when it happen I had surgery
on that eye it was remove Ah'd put back in to
take out A Tumor whit maligma Transfermation

DO NOT WRITE BELOW THIS LINE--FOR STAFF USE ONLY

Officer Recieving Request: _____

                        Date:_____ Time:_____

Date:_____          ACTION TAKEN         Time:_____

LOWNDES COUNTY DETENTION FACILITY
INMATE REQUEST FORM

Note: Please print all information.

Name: Robert Lee Allen    Cell: A-1

Date: 8/18/06    Time: 0900 HRS

SSN: 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  DOB: 9/1/64    Race/Sex: BlK/M

Please check one of the following: 3

___ Appeal of Grievance/Disciplinary    ✓ Court Date Information

___ Bond Information    ✓ Medical Information

___ Charges Information    ___ Classification Information

___ Commissary - Money Clerk Information    ___ Visitation Information

✓ Request To Visit Law Library    Thank you!
For your cooperation

Biefly State Your Request Then Give To Jail Officer

Severe Head Aches

DO NOT WRITE BELOW THIS LINE--FOR STAFF USE ONLY

Officer Recieving Request: _____
Date: _____  Time: _____

ACTION TAKEN    Time: _____

# INMATE REQUEST FORM

Note: Please print all information.

Name: Robert Allen          Cell: A-1

Date: 9/6/06          Time:

SSN: 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    DOB: 9/1/06    Race/Sex: B M

Please check one of the following:

__ Appeal of Grievance/Disciplinary          __ Court Date Information

__ Bond Information          ✓ Medical Information

__ Charges Information          __ Classification Information

__ Commissary / Money Clerk Information          __ Visitation Information

__ Request To Visit Law Library

---

## Briefly State Your Request Then Give To Jail Officer

I Haven't been to the bath room
In 10 Days I need to see you right Away
to resolve this matter My Stomach feels like I
Got A Brick inside of it.
Thank you for your speedy cooperation
in this matter

DO NOT WRITE BELOW THIS LINE--FOR STAFF USE ONLY

---

Officer Recieving Request: _____

Date: _____    Time: _____

Date: _____    ACTION TAKEN    Time: _____

# INMATE REQUEST FORM

DATE: _9/07/06_    TIME: _6:00_

NAME: _Robert Allen_    BOOKING# _____    CELL#_A-6_

## Please check ONLY ONE of the following:

___ GRIEVANCE
___ APPEAL OF DISCIPLINARY
___ LAUNDRY
___ CHARGES/ BOND INFORMATION
___ MONEY INFORMATION

✓ MEDICAL/ DENTAL
___ PROPERTY
___ VISITATION
___ MAIL
___ OTHER

### Briefly state your request then give to an officer

_I still haven't went to the Bathroom the Fiber Laxitive did not work_

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

OFFICER RECEIVING
REQUEST _____    DATE: _____    TIME: ____

The receiving officer will route all Inmate Request Forms to the appropriate supervisor or to administration for disposition.

### ACTION TAKEN

DATE: _____    TIME: _____

# INMATE REQUEST FORM

DATE: 9/8/06        TIME: 8:00

NAME: Robert Allen      BOOKING# _____      CELL# A-1

Please check ONLY ONE of the following:

___ GRIEVANCE                    ✓ MEDICAL/ DENTAL
___ APPEAL OF DISCIPLINARY      ___ PROPERTY
___ LAUNDRY                      ___ VISITATION
___ CHARGES/ BOND INFORMATION   ___ MAIL
___ MONEY INFORMATION           ___ OTHER

### Briefly state your request then give to an officer

A spider bite on my stomach
2 times

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

OFFICER RECEIVING
        REQUEST _____ DATE: _____ TIME: ____

The receiving officer will route all Inmate Request Forms to the appropriate supervisor or to administration for disposition.

### ACTION TAKEN

DATE: _____              TIME: _____

Action taken by: _____
                        Signature

# INMATE REQUEST FORM

**DATE:** 9/12/06   **TIME:** 0600 HR   **CELL#** A-1
**NAME:** Robert Allen   **BOOKING#** _____

Please check ONLY ONE of the following:

___ GRIEVANCE
___ APPEAL OF DISCIPLINARY
___ LAUNDRY
___ CHARGES/ BOND INFORMATION
___ MONEY INFORMATION

✓ MEDICAL/ DENTAL
___ PROPERTY
___ VISITATION
___ MAIL
___ OTHER

### Briefly state your request then give to an officer

Spider Bite on Stomach And not
using the Bathroom 18 days
This is my last Request I Am putting
in About this Matter

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

OFFICER RECEIVING
   REQUEST _____ DATE: _____ TIME: ____

The receiving officer will route all Inmate Request Forms to the appropriate supervisor or to administration for disposition.

### ACTION TAKEN

DATE: _____   TIME: _____

Action taken by: _____
            Signature

# INMATE REQUEST FORM

DATE: _9/14/06_          TIME: _0600_
NAME: _Robert Allen_    BOOKING# _____    CELL# _A-1_

Please check ONLY ONE of the following:

_____ GRIEVANCE                          ✓ MEDICAL/ DENTAL
_____ APPEAL OF DISCIPLINARY       _____ PROPERTY
_____ LAUNDRY                            _____ VISITATION
_____ CHARGES  BOND INFORMATION   _____ MAIL
_____ MONEY INFORMATION           _____ OTHER

Briefly state your request then give to an officer

_I Need to Go And see A Doctor_
_For this Spider Bite_
_____
_____
_____

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

OFFICER RECEIVING
REQUEST _Sgt. Cottrell_    DATE _9-14-06_ TIME: _7:35_

The receiving officer will route all Inmate Request Forms to the appropriate supervisor or to administration for disposition.

ACTION TAKEN

DATE: _____          TIME: _____
_____
_____
_____
_____

Action taken by: _____
                        Signature

# INMATE REQUEST FORM

DATE: 9/18/06            TIME: 0600

NAME: Robert Allen      BOOKING# _____    CELL# A-1

Please check ONLY ONE of the following:

| | |
|---|---|
| ___ GRIEVANCE | ___ MEDICAL/ DENTAL |
| ___ APPEAL OF DISCIPLINARY | ___ PROPERTY |
| ___ LAUNDRY | ___ VISITATION |
| ___ CHARGES  BOND INFORMATION | ___ MAIL |
| ___ MONEY INFORMATION | ✓ OTHER |

Briefly state your request then give to an officer

*I would like to Speak With the Chief*

*URGent!*

*Thank You!*

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

OFFICER RECEIVING
REQUEST  Sgt. Cottrell   DATE: 9-19-06  TIME: 7:58

The receiving officer will route all Inmate Request Forms to the appropriate **supervisor or** to administration for disposition.

ACTION TAKEN

DATE: _____           TIME: _____

_____ by _____
                                    Signature

EXHibit "B"
PRESCRIPtioN foR Robert AllEN
Dated  9/ /06
You decide  LooK At the Date

**Exhibit 5**
**Prescription for Robert Allen dated 09/06/06**

**Exhibit 4**
**Prescription for Robert Allen dated 09/10/06**

HEALTH SERVICES, INC.

| Autaugaville Family Health Center | Clanton Family Health Center | Lowndes County Health Services Association | Goodwater Family Health Center | Eclectic Family Health Center |
|---|---|---|---|---|
| 203 N. Taylor Street Autaugaville, AL 36003 (334) 365-4524 DEA: AH 330681 ♦ Medicaid No. 60027 | 104 Popwell Avenue Clanton, AL 35045 (205) 755-3980 | 100 Oak Street Hayneville, AL 36040 (334) 548-2516 | 252 South Main St Goodwater, AL 35072 (256) 839-1758 DEA: BM 39755#1 ♦ Medicaid No. 02635 | 145 Main Street Eclectic, AL 36024 (334) 541-2116 |

Medical Dept. Physicians

Name: _Robert Allen_    Date: _9/20/06_

Address: _____

| | mg./cc. | NO. | SIG. | Ref. |
|---|---|---|---|---|
| Doxepin | 50mg | qd | Ī P-b- Tid | Φ |
| Metamucil | — | 1 can | Ī Tablespoon 2x day | |
| Do not Fill | | | | |

☐ DRUG TOTAL

Label all prescriptions
NO REFILLS
DEA NO: _____

Seema Maheshwari, M.D. 22924

George G. Thomas, M.D. 11533

Oluyinka Adediji, M.D. 24570

Vanessa Brown, CRNP 1-041018Y-1193

Gabbriel U. Nazareno, M.D. 23197

F. David Jones, CRNP 1-073567-1810

_George Thomas MD_
Product Selection Permitted

Dispense as written

HSI Form 232 (old 001)

| RELEASE/ DC | NAME | DRUG | STOP DATE | GROUP | RX# |
|---|---|---|---|---|---|
| | ALLEN, ROBERT | DOXEPIN 50MG CAPSULE | 10/21/2006 | LA | 6464791 |

Signiture _____

EXHIBIT "C"

Copies of the Arrest warrant, And Alabama Uniform Arrest Report, Order For INMATE Return, And Alabama Uniform Arrest Report Noting Date And place of Arrest, A letter Dated October 17, 2006, To, Robert Allen At the Lowndes County Jail, Another letter Dated December 26, 2006, Addressed to Robert Allen, P.O. Box 157, Hayneville, Al 36040.

W A R R A N T

STATE OF ALABAMA            LOWNDES COUNTY              DISTRICT COURT

AGENCY NUMBER: S                    WARRANT NUMBER: WR 2006 000435.00
                                    OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST      ROBERT LEE ALLEN    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF LOWNDES COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
          THEFT OF PROP 1ST   CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 09 DAY OF AUGUST, 2006.

BOND SET AT: (1)    $20,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

---

CHARGES: THEFT OF PROP 1ST     13A-008-003        F  FELONY

---

NAME: ROBERT LEE ALLEN                  ALIAS:
ADDRESS: 1025 BLUEBERRY LANE            ALIAS:
ADDRESS:
CITY: PRATTVILLE          STATE: AL     ZIP: 36067 0000
                                        PHONE: 334 361 5408 EXT: 000


EMPLOYMENT:
DOB: 09/01/1964    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 6'03"   WEIGHT: 185
SID: 000000000  SSN: 267755691  DL NUM:

---

E X E C U T I O N

    EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

    ( ✓ )  PLACING DEFENDANT IN THE LOWNDES COUNTY JAIL

    (   )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___8TH___ DAY OF _AUGUST_____ _2006_

                              SHERIFF _____

                              BY _Matt Bo_____

---

COMPLAINANT:  AGENT MATT BOWMAN
              C/O ABI
              301 S. RIPLEY STREET
              MONTGOMERY AL  36104

OPERATOR: RUJ      DATE: 08/09/2006

RECEIVED

AUG 0 9 2006

SHERIFF
LOWNDES COUNTY

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

## IDENTIFICATION

| 1 ORI # AL0450000 | 2 AGENCY NAME LOWNDES | 3 CASE # 080806-17322 | 4 SFX |
|---|---|---|---|

**5 LAST, FIRST, MIDDLE NAME**  ALLEN    ROBERT    LEE     **6 ALIAS AKA** NA

| 7 SEX M | 8 RACE ☒W ☐B ☐I ☐A | 9 HGT. 603 | 10 WGT. 185 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN MED | 14 | ☐1 SCARS | ☐2 MARKS | ☐3 TATOOS | ☐4 AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) PRATTVILLE AL. | 16 SSN 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 | 17 DATE OF BIRTH 09 06 64 | 18 AGE 42 | 19 MISCELLANEOUS ID # |

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL # NA | 23 ST NA |

| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS NA |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1025 BLUEBERRY LN PRATTVILLE AL. 36105 | 28 RESIDENCE PHONE (334) 361-5408 | 29 OCCUPATION (BE SPECIFIC) NA |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) NA | 32 BUSINESS PHONE NA ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) CO. RD. 40 | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☒ YES ☐ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST 08 08 06 | 42 TIME OF ARREST 7:09 ☐1 AM ☐3 MIL. ☒2 PM | 43 DAY OF WEEK S M T W T☒ F S | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☒ FEL ☐ MISD THEFT OF PROPERTY 1ST | 47 UCR CODE 2305 | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 UCR CODE |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE-3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 66 DATE ISSUED M D Y |

| 56 ARREST DISPOSITION ☒ HELD ☐4 TOT—LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | 57 IF OUT ON RELEASE WHAT TYPE? Autauga Co. | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |

| 78 VIN | | | | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE 10 10 06 2 ☐1AM ☒2PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION SO | 94 ID # |

| 95 RELEASED TO Autauga Co. | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS P.o. box 157 Hayneville Al 36040 |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☒2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | | LOCAL USE / STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER CPL. L.TAYLOR | 103 SIGNATURE OF RELEASING OFFICER Sgt Cottrell | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) INV.LEE | 112 ID # 205 | 113 ARRESTING OFFICER (LAST, FIRST, M.) DEP.HARRIS | 114 ID # 208 | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

*Tuesday*

IN THE DISTRICT COURT OF AUTAUGA COUNTY

STATE OF ALABAMA     VS ALLEN ROBERT LEE

WHEREAS, ON SEPTEMBER 21, 2006, AN ORDER WAS DULY MADE BY

PHILLIP W WOOD                OF THE DISTRICT COURT OF THIS COUNTY AND

ISSUED BY THE CLERK OF SAID COURT COMMANDING YOU TO HAVE

ALLEN ROBERT LEE (B;M;09011964;AIS#: 0 0), A STATE CONVICT,

PRESENTLY HOUSED AT *Lowndes Co.* BEFORE SAID COURT ON OCTOBER   12, 2006

IN A CAUSE NOW PENDING IN SAID COURT WHEREIN THE STATE OF ALABAMA IS

PLAINTIFF AND THE TESTIMONY OF THE ABOVE NAMED PRISONER BEING MATERIAL

AND NOT OBTAINABLE FROM ANY OTHER SOURCE.

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE COMMANDED TO HAVE THE ABOVE NAMED PRISONER BEFORE SAID
COURT ON SAID DAY ACCORDING TO THE MANDATE OF THIS WRIT.

THEREAFTER, IT IS ORDERED THAT THE SHERIFF OF THIS COUNTY OR ANY OF
HIS DEPUTIES, RETURN SAID DEFENDANT TO THE CUSTODY OF THE DEPARTMENT OF
CORRECTIONS IMMEDIATELY UPON COMPLETION OF THE SCHEDULED COURT PROCEEDINGS,
AND THE DEPARTMENT OF CORRECTIONS IS ORDERED TO RECEIVE SAID DEFENDANT UPON
HIS RETURN.

IN TESTIMONY WHEREOF, I HAVE SET MY HAND THIS SEPTEMBER 21, 2006

*District Judge*

8:30 A.M.  BENCH TRIAL
CRIMINAL TRESPASS 3RD - 13A-007-004

-------------------------------------------------------------------------------

ACR365                    ORDER FOR INMATE RETURN          DC 2006 000214.00

IN THE DISTRICT COURT OF AUTAUGA COUNTY

STATE OF ALABAMA     VS ALLEN ROBERT LEE

WHEREAS, ON SEPTEMBER 21, 2006, AN ORDER WAS DULY MADE BY

PHILLIP W WOOD                OF THE DISTRICT COURT OF THIS COUNTY AND

ISSUED BY THE CLERK OF SAID COURT COMMANDING YOU TO HAVE

ALLEN ROBERT LEE (B;M;09011964;AIS#: 0 0), A STATE CONVICT,

PRESENTLY HOUSED AT _____ BEFORE SAID COURT ON OCTOBER   12, 2006

IN A CAUSE NOW PENDING IN SAID COURT WHEREIN THE STATE OF ALABAMA IS

PLAINTIFF AND THE TESTIMONY OF THE ABOVE NAMED PRISONER BEING MATERIAL

AND NOT OBTAINABLE FROM ANY OTHER SOURCE.

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE COMMANDED TO HAVE THE ABOVE NAMED PRISONER BEFORE SAID
COURT ON SAID DAY ACCORDING TO THE MANDATE OF THIS WRIT.

THEREAFTER, IT IS ORDERED THAT THE SHERIFF OF THIS COUNTY OR ANY OF
HIS DEPUTIES, RETURN SAID DEFENDANT TO THE CUSTODY OF THE DEPARTMENT OF
CORRECTIONS IMMEDIATELY UPON COMPLETION OF THE SCHEDULED COURT PROCEEDINGS,
AND THE DEPARTMENT OF CORRECTIONS IS ORDERED TO RECEIVE SAID DEFENDANT UPON
HIS RETURN.

IN TESTIMONY WHEREOF, I HAVE SET MY HAND THIS SEPTEMBER 21, 2006

WHIT MONCRIEF                              CLERK

8:30 A.M.  BENCH TRIAL
CRIMINAL TRESPASS 3RD - 13A-007-004

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R84 Completed |
|---|---|
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| AL0450000 | LOWNDES | 101206-17322 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| ALLEN ROBERT LEE | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ I | 0603 | 0185 | BRO | BLK | MED | ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| PRATTVILLE, AL | 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 | 10 09 06 64 | 42 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | NA | NA |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS N/A | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1025 BLUEBERRY LN RATTVILLE AL 36105 | 28 RESIDENCE PHONE (334) 361-5408 | 29 OCCUPATION (BE SPECIFIC) NA |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) NA | 32 BUSINESS PHONE NA ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) LCDF | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO ☐ IN STATE ☐ OUT OF STATE ☐ AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☐ OFFICER ☐ ARRESTEE ☒ NONE | ☐ Y ☒ N | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 12 06 | 7:17 ☐ 1. AM ☒ 2. PM ☐ 3. MIL | S M T ☒W T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| THEFT OF PROPERTY 1ST | 2305 | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 56 CHARGE-3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE 12 07 07 7:31 ☐ 1. AM ☒ 2. PM ☐ MIL | 92 RELEASING OFFICER NAME Sgt R. Brutler | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO Autanga Co | 96 AGENCY/DIVISION SO | 97 AGENCY ADDRESS SO |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # PO BOX 157 Haynville AL 36040 |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER SGT. MONICA S. EDWARDS | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) VAUGHNER, WILLIE (SHERIFF) | 112 ID # 200 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

I ASK the HONORABLE COURT, HOW CAN Robert Allen, Be IN the AutaugA County Jail From 10-10-2006 thru January, 2007, And be at the Lowndes County Jail At the same time, this is some U.S. MAIL Address to Robert Allen, I want the HONORABLE COURT to Look at the Dates on these ENvelopes, IN Fact, the plain tiff, Robert Allen was Transported back to Lowndes County 10-12-2006. (See Also Exhibit "C" Both ALABAMA UNIForm ARRest RepoRts, Noting Date oF ARRest) ( Look At Exhibit "E" IN Mate ReQuest FORMs FROM Autauga County Jail, Dated 5-10-2007.

7+ 0157-57  B002

Sico rollen MONTGOMERY AL 361
) October Lone
Yourny Ala 36051  17 OCT 2006 PM 4 T





A

Mr. Robert Allen
P.O. Box 157
Haynville Ala
36040

-57 B002

MONTGOMERY AL 361

ra L Wingfi... 26 DEC 2006 PM 4 T

1 Louberry Lane

ttville, al, 36067



A

Robert Allen

P. O. Box 157

Hayneville, al. 36040

36040+0157

EXHIBIT    "D"

Copies of the Consolidated Appearance Bond, And the Signatures of All the Affidavits Noting the Sheriff's And the Captain's Signatures Willie VAUGHNER And LauRA Gresham Now Compare To Exhibit "E") (And Consolidated Bond Exhibit "F")

Affidavit List, VaughNeR, GResham, Lee, Cottrell, Bolling

IN THE _Circuit_ COURT OF _Lowndes_ , ALABAMA
     (Circuit or District)      (Name of County)

STATE OF ALABAMA v. _Robert Allen_
                         Defendant

I, _Robert Allen_ (Defendant), as principal, and I (we), _____
(Please print)
_____ , as surety(ies), agree
to pay the State of Alabama the sum of $ _20,000.00_ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on _____ (date) at _____ .M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of _Rec. Stolen Property 1st_ , or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _Robert Allen_ (L.S.) | | |
|---|---|---|
| Address (print) _1025 Solsberry Lane_ | City _Prattville_ | State _AL_   Zip _36067_ |

| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
|---|---|
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |

_Feb 7, 2007_
Date

Approved by: Judge/Magistrate/Sheriff _Willie Vaughner_
By: Deputy Sheriff _Capt. Lorna Dish_

| Defendant's Information | | | | |
|---|---|---|---|---|
| Date of Birth _9/6/1964_ | Sex _M_ | Height _6'3_ | Weight _195_ | Employer |
| Social Security Number _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_ | Race _Blk_ | Hair _Blk_ | Eyes _Bro_ | Employer's Address |
| Driver's License Number   State ( ) | Telephone Number _334) 361-5408_ | | | Employer's Telephone Number |

COURT RECORD: Original      DEFENDANT: Copy      SURETY: Copy

11.    I swear, to the best of my present knowledge, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
WILLIE VAUGHNER

SWORN TO and SUBSCRIBED before me this the 4th day of May, 2007.

_____
NOTARY PUBLIC
(SEAL)                                          My Commission Expires: April 6, 2010

4

22.    I certify and state that the documents provided to this Court which are attached to the Defendants' Special Report are true and correct copies of inmate records kept at the Lowndes County Jail in the regular course of business.

23.    I have read the foregoing Report and I swear that the information contained therein is true and correct to the best of my present knowledge.

24.    I swear, to the best of my present knowledge, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
LAURA GRESHAM


SWORN TO and SUBSCRIBED before me this the 4th day of May, 2007.


_____
NOTARY PUBLIC
(SEAL)                             My Commission Expires: _____

My Commisssion Expires May 19, 2008

7

10. I swear, to the best of my present knowledge, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

LENNY LEE

SWORN TO and SUBSCRIBED before me this the 4th day of May, 2007.

NOTARY PUBLIC
My Commission Expires: April 6, 2010

(SEAL)

4

7.     I swear, to the best of my present knowledge, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

JEANETTA COTTRELL

SWORN TO and SUBSCRIBED before me this the 4th day of May, 2007.

NOTARY PUBLIC
My Commission Expires: April 6, 2010

(SEAL)

3

7.     I swear, to the best of my present knowledge, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.


_____

LAKISHA BOLLING


SWORN TO and SUBSCRIBED before me this the 4th day of May, 2007.


_____

(SEAL)                          NOTARY PUBLIC
                                My Commission Expires: _____

3

EXHIBIT "E"
Copies of the True
SHERIFF Willie VauGHNER (2)
AND Captain Laura GResham (1)
SIGNATURES

INMATE REQUEST FORM, INMATES REQUEST
FORM, FROM Autauga County Jail  Doted 5-10-2007

LOWNDES COUNTY DETENTION FACILITY

INMATE NOTICE:

TO:        ALL INMATES

FROM:    WILLIE VAUGHNER
                    SHERIFF

REFERENCE: ALL DOCTOR VISITS AND PRESCRIPTIONS.

AS OF NOVEMBER 1, 2002 THERE WILL BE A $12.00 CHARGE FOR
EACH DOCTOR VISIT AND $12.00 FOR EACH PRESCRIPTION THAT
WE HAVE FILLED. THIS CHARGE WILL BE DEDUCTED FROM
YOUR COMMISSARY MONEY.

WILLIE VAUGHNER

SHERIFF OF LOWNDES COUNTY

## INMATE NOTICE

To: All Lowndes County Inmates

From: Sheriff / Jail Administrator

REFERENCE: OVER THE COUNTER MEDICINES

AS OF FEBRUARY 1.2005 THERE WILL BE A .25 CENT CO-CHARGE FOR TYLENOL AND SINUS MEDICINE. THIS CHARGE WILL BE DEDUCTED FROM YOUR COMMISSARY MONEY.

Willie Vaughner

SHERIFF OF LOWNDES COUNTY

LOWNDES COUNTY DETENTION FACILITY

INMATE NOTICE

TO:        ALL INMATES

FROM:    CAPT L. GRESHAM
            ADMINISTRATOR

REF:       DOO RAGS/HEAD RAGS

EFFECTIVE APRIL 18, 2005, NO HEAD RAGS WILL BE WORN
WHILE YOU ARE HERE AT THIS FACILITY. YOUR PRIVILEGE
WILL BE TAKEN. IF YOU ARE WEARING A HEAD RAGS, NO
RAGES ARE TO BE WORN AT ANY TIME.

THANKS IN ADVANCE

CAPT.L. GRESHAM

TO, SGT, LILES                                      5-10-2001

BRIEFLY STATE YOUR REQUEST OR GRIEVANCE IN THE SPACE PROVIDED

NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

MR, SGT Liles,

I want A Copy oF when i was here
ON 10-10-2006 to go to COURT And the
Date oF when I was TRANSfered back to
LowNdes County Jail SGt. liles I have
ASK for OVER 5 weeks FoR this information
SGt. liles you seem to be the only one
that knows his Job And stick too his word
And gets things done At this Jail Right

<u>Respectfully Submitted</u>            Thank You

YouR Most <u>Serious Attention is Needed in this
Matter</u> I Cannot proceed IN My case without
~~those~~ A Copy oF those dates 10-10-2006 through 10-12-2006

INMATE NAME: Robert allen              POD ASSIGNMENT: D-601

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

you were here 10-10-06 in for court. the case was dismissed
12-12-06 and you were released this same date to officer kevin
merrott.

OFFICER'S SIGNATURE                    5-11-07
                                       DATE

To MR, SGt Liles    5-10-2007

BRIEFLY
NOTE: If you follow instructions in properly, your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

To MR SGt, Liles

I Want to Know if Autauga County
MetRo Jail have A Notary publix

Yes or NO

If yes who And how Would
I go About getting something
Notarized

INMATE NAME: Robert allen

POD ASSIGNMENT: D-601

***—DO NOT WRITE IN THIS SPACE *****

SPOSITION:

yes we do have one, its now peqqy at the Sheriffs
office, you need to write her a request and I will make sure
that she gets it

OFFICER'S SIGNATURE

5-11-07
DATE

EXHIBIT "F"

Copy of A Letter Dated MAY 15, 2007.
Received FROM the Lowndes County Circuit Clerk
MRS. Ruby Jones, And A Copy of the Consolidated
Appearance Bond. Received FROM MRS. Ruby Jones
The Clerk Noting that we now have a Case Number
Written on this Bond Now. Now Look at the
Clerks letter, And Read (Number. 18) letter Dated
MAY 15, 2007. Sign by MRS, Camekia Miles, And A
Affidavit of Substantial HARDShip And ORDeR
Noting how both case Numbers IN the Top Right
hand Corner look the same! FROM the Clerks
Office



**CIRCUIT CLERK & REGISTER**
**2nd JUDICIAL CIRCUIT**

Ruby Jones, Clerk
Mildred Shoults, Deputy Clerk
& Magistrate

Lowndes County P.O. Box 876
Hayneville, Alabama 36040

Telephone 548-2252

May 15, 2007

Dear Mr. Robert Allen

I regards to the letter sent to the Lowndes County Clerk's Office dated May 14, 2007, the answer are as follows (answer to each paragraph):

1. A copy of your warrant and bond enclosed
2. You will need to contact the Lowndes County Sheriff's Department
3. You will need to contact the Lowndes County Sheriff's Department
4. You will need to contact the Lowndes County Sheriff's Department
5. A copy of your full case action summary enclosed
6. You were charge with Theft of Property 1st.
7. Your case was continued from the grand jury term January 8, 2007 to the next grand jury term. However, we do not have to contact you before your case is presented before the grand jury. On August 22, 2006 you sign an affidavit of substantial hardship to receive a court appointed attorney (copy enclosed), however, it is your attorney responsibility to contact and let you know that they represent you.
8. Type on Letterhead
9. You will need to contact Atty. Coxwell or Atty. Taylor for the information they receive from their Motion of Discovery and Disclosure Materials, because they didn't receive anything from the Clerk's Office. Atty. Coxwell filed his Motion on August 30, 2006 and Atty. Taylor filed his Motion on December 29, 2006.
10. A waiver of preliminary was made by your attorney Logan Taylor on December 18, 2006.
11. We don't have any case numbers list as 06-17322. The only case we have related to you is DC 2006-578.
12. See answer in number 11.
13. You will need to contact Autauga County Sheriff's Department to obtain that information. Also please see your copy of your letter for the answer.
14. You will need to contact Autauga County Sheriff's Department. Also please see your copy of your letter for the answer.
15. See your copy of the letter for the answer.

16. See your copy of the letter for the answer.
17. You will need to contact Sheriff Vaughner (see letter)
18. Mr. Allen we can't amend nor can we write anything on your appearance bond. A copy of your bond is enclosed. Also see your copy of the letter for the answer.
19. See a copy of your letter for the answer.
20. We do not have any grievance's forms on file from the Lowndes County Detention Facility for you.
21. You will need to contact the Lowndes County Sheriff's department for all the days you spent in the Lowndes County Jail and for specific dates. Also, if you want to request a search back to 30 years you will need to contact the Lowndes County Sheriff's Department to do a background check on yourself.
22. Enclosed is a copy of the information request from you, Robert Allen. I hope I've answer your question.


Camekia Surles-Miles
Court Specialist

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number<br><br>*DC 06-578* |
|---|---|---|

IN THE *Circuit* _____ COURT OF *Lowndes* _____, ALABAMA
_____(Circuit or District)_____ _____(Name of County)_____

**STATE OF ALABAMA** v. *Robert Allen* _____

_____**Defendant**_____

I, *Robert Allen* _____

and I (we), _____ (Defendant), as principal,
_____(Please print)_____

to pay the State of Alabama the sum of $ *80,000 00* ___ and such costs as authorized by law unless the above-named defendant _____, as surety(ies), agree appears before the district court of the county on _____(date) at _____, M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of _____
*Rec. Stolen Property 1st* _____

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant *Robert Allen*

| Address (print) *102 S. Loxberry lane* | City *Prattville* | State *AL* | Zip *36067* | (L.S.) |
|---|---|---|---|---|

| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
|---|---|
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |

*Feb 7, 2007*
Date

Approved by: Judge/Magistrate/Sheriff *Willie Vaughner*

By: Deputy Sheriff *Capt. Laena Gish*

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth *9 6 1964* | Sex *M* | Height *6'3* | Weight *195* | Employer |
| Social Security Number *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* | Race *Blk* | Hair *Blk* | Eyes *Bro* | Employer's Address |
| Driver's License Number    State | Telephone Number *(334) 361-5408* | | | Employer's Telephone Number |

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Case Number

DC 06-578

IN THE ___District___ COURT OF ___Lowndes___, ALABAMA
        (Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: _____ v. _Robert Lee Allen_
                     Plaintiff(s)                              Defendant(s)

TYPE OF PROCEEDING: _Criminal_ CHARGE(s) (if applicable): _TOP 1st_

☐ **CIVIL CASE** – I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** – (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☒ **CRIMINAL CASE** – I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** – I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

SECTION I.

1. IDENTIFICATION
   Full name _Robert Lee Allen_ _____ Date of birth _9/1/64_
   Spouse's full name (if married) _____
   Complete home address _1025 Louberry LN   prattville   Al   36067_

   Number of people living in household _2_
   Home telephone number _7-334/ 361 5408_
   Occupation/Job _Scrap iron_ Length of employment _7 months_
   Driver's license number _____ *Social Security Number _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_
   Employer _Self_ Employer's telephone number _Same_
   Employer's address _Same As Above_

2. **ASSISTANCE BENEFITS**

   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income ................................... $ _400.00 / 450.00_
   Spouse's Monthly Gross Income (unless a marital offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc.
   Other Income (be specific) _____

   **TOTAL MONTHLY GROSS INCOME** ........................ $ _925.00 / 450_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage ...................................... $ _80.00_
      Total Utilities: Gas, Electricity, Water, etc. ........ _120.00_
      Food .............................................. _30.00_
      Clothing .......................................... _120.00_
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses ............ _80.00_
      Loan Payment(s)

*OPTIONAL

Exhibit "G"

Page No. 3 of 2:07-CV-90-ID
Page No. 5 of 2:07-CV-90 ID
INV: Lenny Lee Notarize Statement Dated 2-9-2007

Autauga INMate ReQuest, Dated 5-9-2007
ReQuesting A TRANSCRIpt oF Jail time Release And ARRest
Dates FoR the yeaR 2006 thru 2007

*Read Top Paragraph*

At no time does any member of the jail staff substitute his or her judgment for the medical judgment of nurses, paramedics, or doctors. No member of the jail staff is allowed to make any type of medical decisions for the inmates. When orders regarding a particular inmate are given concerning medical treatment, prescriptions, or other procedures, such orders are followed by members of the jail staff. Similarly, should an inmate be dissatisfied with the treatment he receives from a doctor, and requests a different course of treatment, no member of the jail staff is authorized to deviate from the course of treatment prescribed by the health care provider. The only exception to this general rule would be when the inmate himself refuses to follow a course of treatment, such as refusing medication. (See Gresham Aff.)

It is the policy of the Lowndes County, Alabama Sheriff's Office to distribute medication to inmates at the Lowndes County Jail according to the inmates' doctors' directions. All medication for inmates in the Lowndes County, Alabama Jail is obtained from IHS Pharmacy in "blister packs." This packaging is on a "per dose" basis for each inmate, with the proper dosage pre-measured, and the time for distribution noted. When nurses are present at the jail, they are responsible for distributing medication. In other hours, the nurses' directions are followed regarding distributing the medication directly from the blister packs. (See Gresham Aff.)

It is the policy of the Lowndes County Sheriff's Office that force be used in the Lowndes County, Alabama Jail only to the extent necessary to control persons who present a threat to correctional officers, other inmates, the public, or themselves, or who threaten the orderly operation of the jail facility. When force is used, members of the jail staff, or, as appropriate, officers who are called to the jail to deal with problems or potential problems, are to use the minimum amount of force necessary to resolve the situation. Force is used on a sliding scale, with the beginning of any confrontation being conducted by trying to reason with an inmate; thereafter, other methods of force may be used, as appropriate, should the inmate escalate his

3

who present temporary problems which do not rise to the level of requiring disciplinary charges to be brought against them. (See Gresham Aff.)

The Plaintiff claims that, during his incarceration in Lowndes County, Alabama, he was subjected to an excessive use of force, and his mail was searched and read by members of the jail staff. Both of these allegations arise out of the same incident.

On January 22, 2007, members of the jail staff attempted to move Mr. Allen from the cell where he was incarcerated, to another cell in the jail. Mr. Allen refused to make this move, and members of the jail staff had to call on Sheriff's deputies to assist them at the jail in order to move the Plaintiff. Sheriff Willie Vaughner and Investigator Lenny Lee came to the jail on that date. Officer Lee was familiar with Mr. Allen because he had participated in Mr. Allen's arrest. During that arrest, Investigator Lee observed Allen assault several officers with an automobile while attempting to flee from deputies in a stolen vehicle. Therefore, as Investigator Lee approached Mr. Allen that day, he did so with caution. (See Affidavit of Investigator Lenny Lee, "Lee Aff.")

Officer Lee arrived at the Lowndes County Jail between 1:30 and 2:00 p.m. on January 22, 2007. After being confronted by Officer Lee, Lieutenant Jeanetta Cottrell, and Sergeant Lakisha Bolling, Inmate Allen complied with orders, and was escorted by these officers from the dormitory area of the jail to a holding cell in the booking area. Mr. Allen was being moved from the cell in the dorm area due to the fact that he had damaged a window and a light fixture in cell 8-4. Before being moved, Allen was allowed to gather his possessions into a storage bin, and carry these with him to the booking area. (See Lee Affidavit; Affidavit of Lieutenant Jeanetta Cottrell, "Cottrell Aff."; Affidavit of Lakisha Bolling, "Bolling Aff.")

Once Allen arrived in the booking area, he was instructed to place his belongings onto the floor due to the fact that officers feared that his storage container might contain a "shank" or

| 1. NAME (Last, First, Middle) Lee Lenny Martezz Sr. | | | | 2. FILE NUMBER |
|---|---|---|---|---|
| 3. ALIAS(ES)/NICKNAME(S) | 4. DATE 2/9/07 | S  T  T  S M  W (F) | TIME 10:00 Am | 5. PLACE OF INTERVIEW Jenn Hulett Detention Facility |
| 6. HOME ADDRESS | | | | 7. HOME PHONE |
| 8. NAME & ADDRESS OF EMPLOYER Lowndes County SO  PO BOX 157 Hayneville Al 36040 | | | | 9. BUSINESS PHONE 334 548-2597 |
| 10. RACE B/K | 11. SEX M | 12. D.O.B. | 13. P.O.B. | 14. SOC | 15. DLN | 16. STATE |
| 17. HGT | 18. WGT | 19. HAIR | 20. EYES | 21. SCARS, MARKS, TATTOOS, AMPUTATIONS | | |
| 22. VEH. YEAR | 23. MAKE | 24. MODEL | 25. COLOR | 26. VIN | 27. LICENSE | 28. STATE |

29. STATEMENT

On 1/22/07 between 1:30 and 2:00 pm Mr Robert Allen was escorted from the Dorm Cell that he had been Confined to by Me, Investigator Lenny Lee, Sgt D. Taylor and Officer J. Cottrell, to a holding Cell in the booking area. Mr Allen was moved because of damage that had been Caused to the window of Cell A-4 along with damage to a light fixture. Robert Allen was allowed to gather his possessions and was advised to go to the booking area and place his items on the floor near a wall. Mr Allen was then instructed to go into holding Cell B-K3. Mr Allen proceeded toward the Cell as initially instructed but stopped a few steps short and turned around to go to his Personal Property bag that was on the floor. Mr Allen was then advised by Me to go on into the Cell Mr Allen Refused to Obey My instruction. I then advised Mr Allen again

| 30. ACJIC/NCIC CHECK YES ☐ NO ☑ | 31. FINGERPRINTED  YES ☐  NO ☐  BY WHAT AGENCY: PHOTOGRAPHED  YES ☐  NO ☐  BY WHAT AGENCY | | | |
|---|---|---|---|---|
| 32. SUBJECT ☐  VICTIM ☐  WITNESS ☐  RIGHTS GIVEN BY: | | 33. DATE ENDED    TIME ENDED            AM                                 PM | 34. INTERVIEW CONDUCTED BY: | |
| | | | 35. PAGE  OF  3 | 36. EXHIBIT NO. |

LOWNDES COUNTY SHERIFF DEPARTMENT

to go on into the Holding Cell. Mr Allen started to reach out toward his Property box. At this time I presented my taser to Mr Allen. I advised him to step away from his box and go into his Cell. Mr Allen at this Point began to argue about Some type of legal Papers that were in his Possessions. I then turned on my taser and held it at the ready position. Mr Allen then Proceeded into the Cell. Mr Allen Was then locked in his Cell.

I presented Mr Allen with My taser because of the fear of Jail Made weapons Called "Shanks". I had No idea What Mr Allen's true intentions Were for trying to go into his belongings. I Personally Witnessed Mr Allen assault Several officers With an automobile While attempting to flee from depetion in a Stolen Vehicle. It Was and is My Judgement that Caution Should be used When handling any inmate of this Nature. At No Point was My taser deployed on Mr Allen.

Inv Lenny M. Lee LCSO

Signed

No Further Entries

Sworn to and subscribed before

9th day of February. 2007

Stephanie P. Jones

Notary Public

Commission Expires: 11-3-2010

# INMATE REQUEST FORM

**TO:** Capt. NIXON                          **DATE:** 5-9-2007

## BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:

NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

I would like A TRANSCRIPT of Jail time
At Autouga County Jail FoR 2006 And 2007

And MY case NUMBeRs of MY case

IN full      OR Jail CRedits

Dates And Months
                              Release And ARResst

COMPuteR TRANSCRipt

Time I came to Jail And time I left Jail
2006 And 2007

**INMATE NAME:** Robert all  Robert Allen        **POD ASSIGNMENT:** D-601

***** DO NOT WRITE IN THIS SPACE *****

**DISPOSITION:**

You Need to contact your Lawyer and have
him to contact the Clerks office for
this documentation to make sure everything
is correct its called a "Case action Summary"

_____                    5/10/07
**OFFICER'S SIGNATURE**                         **DATE**