IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT LEE ALLEN,

Plaintiff,

v.   CASE NO. 2:07-cv-00085-WKW-WC

WILLIE VAUGHNER, ET AL.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Willie Vaughner, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

Willie Vaughner and Laura Gresham
Counsel for (print names of all parties)

P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067

____6-20-07_____
Date

____[signature]____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

ROBERT LEE ALLEN ,  )
)
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00085-WKW-WC
)
WILLIE VAUGHNER, ET AL. , )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Laura Gresham , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party

_____                 _____

_____                 _____

_____                 _____

6/20/2007                                             /s/ Daryl L. Masters
Date                                                  (Signature)

                                                     Daryl L. Masters
                                                     (Counsel's Name)

                                                     Willie Vaughner and Laura Gresham
                                                     Counsel for (print names of all parties)
                                                     P.O. Box 240909
                                                     Montgomery, Alabama 36124
                                                     Address, City, State Zip Code
                                                     (334) 262-1850
                                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, DARYL L. MASTERS, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of JUNE 2007, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067

6-20-07
Date

Signature