IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 2:07-cv-85-WKW-WC |
| | ) |
| SHERIFF WILLIE VAUGHNER, et al., | ) |
| | ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

COME NOW the Defendants in the above-styled cause, by and through their undersigned counsel, to give notice that Defendant Willie Vaughner, Sheriff of Lowndes County, Alabama, is deceased.

Respectfully submitted this the 26th day of July, 2007.

s/Daryl L. Masters
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rrobertson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **26th day of July, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

s/Daryl L. Masters
OF COUNSEL