**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT LEE ALLEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **V.** | )    **Civil Action No. 2:07-cv-85-WKW-WC** |
| | ) |
| **SHERIFF WILLIE VAUGHNER, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as additional counsel of record for the Defendant, Laura Gresham, in the above-captioned matter.

Respectfully submitted this 4th day of September, 2008.

                                                    **s/Joseph L. Hubbard**
                                                    JOSEPH L. HUBBARD, JR., Bar No. HUB015
                                                    Attorney for Defendant
                                                    WEBB & ELEY, P.C.
                                                    7475 Halcyon Pointe Dr. (36117)
                                                    Post Office Box 240909
                                                    Montgomery, Alabama  36124
                                                    Telephone:  (334) 262-1850
                                                    Fax:  (334) 262-1889
                                                    E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

                                 **s/Joseph L. Hubbard**
                                 OF COUNSEL