IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, # 209274, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-85-WKW |
| ) | |
| SHERIFF WILLIE VAUGHNER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Order and Recommendation of the Magistrate Judge (Doc. # 39), and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that Defendants' Motion for Summary Judgment (Doc. # 23), is GRANTED and this case will be DISMISSED with prejudice for failure to exhaust administrative remedies pursuant to the provisions of 42 U.S.C. § 1997e(a).

DONE this 12th day of March, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE